# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DARRYL RIGGINS # 184051, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 18-00118-KD-B |
| CYNTHIA STEWART, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that this action is **DISMISSED without prejudice,** pursuant to 28 U.S.C. § 1915(g).

DONE and ORDERED this 1st day of May 2018.

        s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        CHIEF UNITED STATES DISTRICT JUDGE